[No. 32628-1-II.   Division Two.   February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KAHIL MARIE MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00216-8, James B. Sawyer II, J., entered December 8, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 23347-2-III.   Division Three.   February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNEL DANNEIL GLOVER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03976-5, Michael P. Price, J., entered September 8, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23486-0-III.   Division Three.   February 14, 2006.]

TOOLBUILDERS LABORATORIES, INC., *Respondent,* v. MARK KAMITOMO ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-00336-3, Rebecca M. Baker, J., entered September 24, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Thompson, J. Pro Tem.

[No. 23551-3-III.   Division Three.   February 14, 2006.]

GREENSTONE CORPORATION, *Respondent,* v. RODERICK W. TATARYN ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05604-5, Salvatore F. Cozza, J., entered October 7, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, A.C.J., and Schultheis, J.